**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DANY EDUARDO VAIL PEREZ** | **CASE NO. 6:26-CV-2991 SEC P** |
| **VERSUS** | **JUDGE ALEXANDER C. VAN HOOK** |
| **TODD BLANCHE, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] filed by Dany Eduardo Vail Perez ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.

The Government filed a Response in Opposition to Petition for Writ of Habeas Corpus [Doc. No. 8] stating that Petitioner was removed from the United States by charter flight to Guatemala on September 16, 2026. Counsel for Petitioner did not file a reply.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011) (per curiam); 28 U.S.C. § 2241.

Accordingly, **IT IS ORDERED** that the Petition for Writ of Habeas Corpus [Doc. 1] is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of October, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE